**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1377**

ROBERT B. HOLT, individually; DORIS HOLT, Estate of Doris
Holt by and through Robert B. Holt, sole beneficiary,

Plaintiffs – Appellants,

v.

SUSAN STROMAN; PRINCESS HODGES; SUSAN TILLMAN; KATHY BEERS;
JENNIFER BREWTON; UNIHEALTH POST ACUTE CARE OF COLUMBIA;
LATOYA BUGGS-WILLIAMS; SGT. DARIN L. DOUGHERTY; SGT.
GEORGE A. DRAFTS; COLUMBIA POLICE DEPARTMENT; ANDRE BAUER;
KEN ARD; BETH SCHULER; CRYSTAL PAVLICK; PALMETTO HEALTH;
PALMETTO SENIOR CARE; UHS-PRUITT CORPORATION; LT. COL. CARL
BURKE; BRENDA HODGES; PAMELA DANZLER; UNIHEALTH ORANGEBURG
SC; APRIL MERILL; JAYSON BRING,

Defendants – Appellees,

and

SOUTH CAROLINA, THE STATE OF; SOUTH CAROLINA DEPARTMENT OF
SOCIAL SERVICES; BRENDA HUGHES, individually and in her
official capacity as Administrator with UniHealth; SC
OFFICE ON AGING, THE; CERTAIN UNKNOWN JOHN DOES, in their
individual and official capacities; SOUTH CAROLINA
OMBUDSMAN'S OFFICE,

Defendants.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   J. Michelle Childs, District
Judge.  (3:12-cv-03539-JMC)

Submitted:  March 18, 2016            Decided:  May 17, 2016

Before WILKINSON, MOTZ, and HARRIS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Michael G. Sribnick, Charleston, South Carolina, for Appellants. Andrew F. Lindemann, DAVIDSON & LINDEMANN, P.A., Columbia, South Carolina; Eugene H. Matthews, C. Cliff Rollins, RICHARDSON PLOWDEN & ROBINSON, P.A., Columbia, South Carolina; James E. Parham, Jr., JAMES E. PARHAM, JR., P.A., Irmo, South Carolina; J. Edward Bradley, John C. Bradley, Jr., MOORE TAYLOR LAW FIRM, P.A., W. Columbia, South Carolina; Tyler L. Arnold, W. Jerad Rissler, ARNALL GOLDEN GREGORY, LLP, Atlanta, Georgia; Jeanne J. Lisowski, OFFICE OF THE CITY ATTORNEY, Columbia, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert B. Holt appeals the district court's order dismissing the first amended complaint without prejudice for failure to comply with Fed. R. Civ. P. 8(a)(2). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Holt v. Stroman, No. 3:12-cv-03539-JMC (D.S.C. Mar. 11, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED